NUMBER 13-00-415-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


____________________________________________________________________


TUPPY FUNES
, Appellant,


v.



DELTA DAILY FOOD TEXAS, INC., ET AL.
, Appellees.

____________________________________________________________________


On appeal from the 380th District Court


of Collin County, Texas.


____________________________________________________________________


O P I N I O N


 

Before Justices Hinojosa, Yañez, and Chavez


Opinion Per Curiam


 Appellant, TUPPY FUNES, perfected an appeal from a judgment
entered by the 380th District Court of Collin County, Texas, in cause
number 380-00264-00. After the record was filed, the parties filed a
joint motion to dismiss the appeal. In the motion, the parties state that
this case has been resolved and appellant no longer wishes to
prosecute this appeal. The parties request that this Court dismiss the
appeal.

 The Court, having considered the documents on file and the joint 
motion to dismiss the appeal, is of the opinion that the motion should
be granted. The joint motion to dismiss is granted, and the appeal is
hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 19th day of October, 2000.